245 AVERILL vs. PERROTT (Justice of the Peace), 74 M., 296.

To compel respondent to proceed with a preliminary examination.

Granted February 20, 1889.

Held, that justices of the peace of Bay City may exercise concurrent jurisdiction with the police justices in the apprehension and examination of persons charged with offenses not cognizable by justices of the peace, under the general statute, and that so much of Act No. 435, Local Acts of 1887, as attempts to deprive them of such power is unconstitutional. Citing People vs. Pond, 67 M., 97; Perrot vs. Pierce, 75 M., 578.

246 JOSLYN (Pros. Atty.) vs. CIRCUIT JUDGE (Bay), No. 13904.

To vacate an order quashing an information, filed against one Moss.

Denied January 26, 1894, without costs.

The information set forth that Moss had been a tenant on Ackerman's farm under a lease, which provided that Ackerman "was to have and own one-half of all the products raised on said farm during said year, to be delivered to said Ackerman by said Moss at Bay City"; that certain products raised on the farm belonged to Ackerman, were received and delivered to Moss, and that Moss "did then and there fraudulently and feloniously embezzle, secrete and convert to his own use, without the consent of said Ackerman * * * the said goods * * * and did then and there feloniously and unlawfully steal and carry away."